UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE HENSLEY,

    Plaintiff,

v.                                                                                  Case No. 4:06-cv-101

COMMISSIONER OF SOCIAL                       Hon. Hugh W. Brenneman, Jr.
SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is AFFIRMED.

**IT IS SO ORDERED.**

Dated: September 17, 2007                         /s/ Hugh W. Brenneman, Jr.
                                                                     HUGH W. BRENNEMAN, JR.
                                                                     United States Magistrate Judge